UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Morgan Thomas Terrell**　　　　　　　　　　　　　　　　**Docket No. 5:12-CR-337-2H**

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Morgan Thomas Terrell, who, upon an earlier plea of guilty to Possession of an Unregistered Firearm, Possession of a Stolen Firearm, and two counts of Aiding and Abetting, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 10, 2013, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Morgan Thomas Terrell was released from custody on November 6, 2015, at which time the term of supervised release commenced. On April 13, 2016, a Violation Report was filed advising of new criminal conduct (Assault on a Female). The charge was subsequently dismissed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 30, 2016, in Nash County, North Carolina, Terrell was charged with felonious Possession of Marijuana and Possession of Drug Paraphernalia (16CRS50401). On February 19, 2016, a Violation Report was filed advising of the new criminal conduct, and the defendant was continued on supervision pending disposition of the charges. On January 17, 2017, as a result of a plea, Terrell was convicted of misdemeanor Possession of Marijuana. Based on this conviction, this probation officer recommends that the defendant complete 24 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, the required fee is waived.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Michael C. Brittain　　　　　　　　　　　/s/ Timothy L. Gupton
Michael C. Brittain　　　　　　　　　　　　　Timothy L. Gupton
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8686
　　　　　　　　　　　　　　　　　　　　　　Executed On: February 9, 2017

Morgan Thomas Terrell
Docket No. 5:12-CR-337-2H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 13th day of Feb, 2017, and ordered filed and made a part of the records in the above case.

*Malcolm J. Howard* (signature)
Malcolm J. Howard
Senior U.S. District Judge