UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Morgan Thomas Terrell**                                Docket No. 5:12-CR-337-2H

**Petition for Action on Supervised Release**

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Morgan Thomas Terrell, who, upon an earlier plea of guilty to Possession of an Unregistered Firearm, Possession of a Stolen Firearm, and two counts of Aiding and Abetting, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on December 10, 2013, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Morgan Thomas Terrell was released from custody on November 6, 2015, at which time the term of supervised release commenced. On February 19, 2016, a Violation Report was filed advising of new criminal conduct (felonious Possession of Marijuana and Possession of Drug Paraphernalia). Supervision was continued pending disposition of the charges. Terrell subsequently pled guilty to misdemeanor Possession of Marijuana. Based on the conviction, a Petition for Action was filed on February 13, 2017, and the defendant was ordered to complete 24 hours of community service. Furthermore on April 13, 2016, a Violation Report was filed advising of new criminal conduct (Assault on a Female). The defendant was continued on supervision pending disposition of the charge, which was subsequently dismissed. Also, on September 29, 2017, a Violation Report was filed advising of new criminal conduct (Driving While License, felonious Possession of Heroin, and felonious Possession of Cocaine.) Supervision was continued pending disposition of the charges, which are still pending. On April 23, 2018, a Petition for Action was filed advising that on April 3, 2018, the defendant tested positive for marijuana, cocaine, and opiates. A 30-day period of Location Monitoring (curfew) was imposed. Lastly, on May 24, 2018, a Petition for Action was filed advising that on April 26, 2018, the defendant tested positive for marijuana, oxycodone, and opiates. An additional 30-day period of Location Monitoring (Curfew) was imposed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

During a recent substance abuse assessment at Straight Walk Services in Rocky Mount, North Carolina, it was determined that the defendant would benefit from mental health counseling. Based on this recommendation, the addition of a mental health condition is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Morgan Thomas Terrell
Docket No. 5:12-CR-337-2H
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Timothy L. Gupton<br>Timothy L. Gupton<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8686<br>Executed On: June 11, 2018 |

**ORDER OF THE COURT**

Considered and ordered this 13th day of June, 2018, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge